| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>United Wholesale Mortgage | |
| In Re:<br><br>Mario Contreras,<br><br>Debtor | Case No.:    25-15260-CMG<br>Chapter:    13<br>Hearing Date:    07/23/2025<br>Judge:    Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

Date: 07/17/2025            /s/ Denise Carlon
                                                         Signature

*rev.8/1/15*