Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−15260−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario Contreras
   420 Singleton Street
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−0843

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 30, 2025.

Dated: July 30, 2025
JAN: rms

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mario Contreras  
    Debtor

Case No. 25-15260-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 30, 2025      Form ID: plncf13      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520669567 | + | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520656757 | | CESC-Covid EIDL Service Center, 14925 Kingston Rd, Fort Worth, TX 76155 |
| 520656772 | + | Yaquelin Perez De Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520656753 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 30 2025 21:15:44 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520703156 | | Email/PDF: bncnotices@becket-lee.com | Jul 30 2025 21:15:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520656754 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 30 2025 20:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520656758 | | Email/Text: BKPT@cfna.com | Jul 30 2025 20:51:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520656755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2025 21:16:02 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520656756 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 30 2025 21:16:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520662847 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2025 20:58:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520725905 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2025 20:59:01 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520665090 | | Email/Text: mrdiscen@discover.com | Jul 30 2025 20:51:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520656759 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2025 21:15:49 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520726295 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2025 21:15:44 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 25-15260-CMG    Doc 23    Filed 08/01/25    Entered 08/02/25 00:15:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520656760 | + | Email/Text: BAN5620@UCBINC.COM | Jul 30 2025 20:51:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520656761 | + | Email/Text: mrdiscen@discover.com | Jul 30 2025 20:51:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520656762 | | Email/Text: bankruptcycourts@equifax.com | Jul 30 2025 20:51:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520656763 | ^ | MEBN | Jul 30 2025 20:47:00 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520656764 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 30 2025 20:51:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 520746303 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2025 20:52:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520706841 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 30 2025 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520656765 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2025 21:15:49 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 520662059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 21:15:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520656766 | + | Email/Text: Documentfiling@lciinc.com | Jul 30 2025 20:51:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 520656767 | | Email/Text: ml-ebn@missionlane.com | Jul 30 2025 20:51:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520656768 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2025 20:51:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520746702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2025 20:58:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520656769 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2025 20:58:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520656770 | ^ | MEBN | Jul 30 2025 20:46:46 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520749153 | + | Email/Text: bankruptcynotices@sba.gov | Jul 30 2025 20:52:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520755142 | ^ | MEBN | Jul 30 2025 20:47:53 | UNITED WHOLESALE MORTGAGE, LLC., C/O Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 520656771 | + | Email/Text: bankruptcynotices@sba.gov | Jul 30 2025 20:52:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520707646 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 25-15260-CMG    Doc 23    Filed 08/01/25    Entered 08/02/25 00:15:23    Desc Imaged
                                    Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: plncf13 | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Mario Contreras ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5