Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−15260−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario Contreras
   420 Singleton Street
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−0843

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      9/3/25
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C. Capone, Debtor's Attorney

COMMISSION OR FEES
Fees: $5,820.50

EXPENSES
$498.00

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2025
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-15260-CMG

Mario Contreras  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Aug 05, 2025      Form ID: 137      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520669567 | + | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520656757 | | CESC-Covid EIDL Service Center, 14925 Kingston Rd, Fort Worth, TX 76155 |
| 520656772 | + | Yaquelin Perez De Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520656753 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 05 2025 21:07:03 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520703156 | | Email/PDF: bncnotices@becket-lee.com | Aug 05 2025 21:17:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520656754 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 05 2025 21:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520656758 | | Email/Text: BKPT@cfna.com | Aug 05 2025 21:02:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520656755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2025 21:07:01 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520656756 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 05 2025 21:07:07 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520662847 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2025 21:17:42 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520725905 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2025 21:06:41 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520665090 | | Email/Text: mrdiscen@discover.com | Aug 05 2025 21:02:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520656759 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2025 21:06:39 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520726295 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2025 21:06:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520656760 | + | Email/Text: BAN5620@UCBINC.COM | Aug 05 2025 21:02:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520656761 | + | Email/Text: mrdiscen@discover.com | Aug 05 2025 21:02:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520656762 | | Email/Text: bankruptcycourts@equifax.com | Aug 05 2025 21:03:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520656763 | ^ | MEBN | Aug 05 2025 20:57:24 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520656764 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 05 2025 21:02:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 520746303 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 05 2025 21:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520706841 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 05 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520656765 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2025 21:06:41 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 520662059 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2025 21:06:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520656766 | + | Email/Text: Documentfiling@lciinc.com | Aug 05 2025 21:02:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 520656767 | | Email/Text: ml-ebn@missionlane.com | Aug 05 2025 21:02:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520656768 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 05 2025 21:02:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520746702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2025 21:07:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520656769 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 05 2025 21:28:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520656770 | ^ | MEBN | Aug 05 2025 20:57:00 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520749153 | + | Email/Text: bankruptcynotices@sba.gov | Aug 05 2025 21:03:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520755142 | ^ | MEBN | Aug 05 2025 20:58:56 | UNITED WHOLESALE MORTGAGE, LLC., C/O Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 520656771 | + | Email/Text: bankruptcynotices@sba.gov | Aug 05 2025 21:03:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520707646 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Mario Contreras ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5