**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on September 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Mario Contreras, | Case No. 25-15260 |
| Debtor(s). | Hearing Date: September 3, 2025 |
| | Judge:  Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 4, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

4899-1838-4984, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____5,820.50_____for services rendered and expenses in the amount of $_____498.00_____for a total of $_____6,318.50_____.  The allowance is payable:

☒  $___3,318.50_____  through the Chapter 13 plan as an administrative priority.

☒  $___3,000.00_____  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____per month for ___N/A_____months to allow for payment of the above fee.

*rev.8/1/15*

2