**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on September 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Mario Contreras,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 25-15260<br><br>Hearing Date: September 3, 2025<br><br>Judge: Christine M. Gravelle |
|---|---|

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 4, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

4899-1838-4984, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____5,820.50_____ for services rendered and expenses in the amount of $_____498.00_____ for a total of $_____6,318.50_____. The allowance is payable:

☒ $__3,318.50____ through the Chapter 13 plan as an administrative priority.

☒ $__3,000.00____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for __N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

4899-1838-4984, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15260-CMG |
| Mario Contreras | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Mario Contreras ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 04, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 5