| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>103 Eisenhower Parkway, Suite 100<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,*<br>Lakeview Loan Servicing, LLC<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>   Mario Contreras<br><br>                     Debtor(s). | Judge: Christine M. Gravelle, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 25-15260-CMG |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Lakeview Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

   103 Eisenhower Parkway - Suite 100
   Roseland, NJ  07068

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

DATED:  November 17, 2025                       Stern Lavinthal & Frankenberg LLC

                                                                   By: */s/ Maria Cozzini*
                                                                     Maria Cozzini, Esq.

*new.8/1/15*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>103 Eisenhower Parkway, Suite 100<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,*<br>Lakeview Loan Servicing, LLC<br>By: Maria Cozzini, Esq. | |
|---|---|
| In Re:<br>　　Mario Contreras<br><br>　　　　　　　　　Debtor(s) | Judge: Christine M. Gravelle, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 25-15260-CMG |

## CERTIFICATION OF SERVICE

1. I,  Angela Lisa:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On November 17, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　　　　　　　　　　　　　　　　　　　　　　　 */s/  Angela Lisa*
　　　　　　　　　　　　　　　　　　　　　　　　Angela Lisa

Dated:  November 17, 2025

202500633

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mario Contreras<br>420 Singleton Street<br>South Amboy, NJ 08879 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marc C Capone<br>Gillman Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.