Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Mario Contreras            ,    Case No.  25-15260

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  13   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on      November 24, 2025     .

| | |
|---|---|
| United Wholesale Mortgage, LLC | Lakeview Loan Servicing, LLC |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| C/O Cenlar FSB, Attn BK Dept | c/o LoanCare, LLC |
| 425 Phillips Blvd | 3637 Sentara Way |
| Ewing NJ 08618 | Virginia Beach VA 23452 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  December 1, 2025                                                      Jeanne A. Naughton
**CLERK OF THE COURT**