Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–15260–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario Contreras
   420 Singleton Street
   South Amboy, NJ 08879

Social Security No.:
   xxx–xx–0843

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 30, 2025.

On June 15, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                   July 15, 2026
Time:                   10:00 AM
Location:               Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 16, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
                                                                                    Case No. 25-15260-CMG
Mario Contreras                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 3
Date Rcvd: Jun 16, 2026                       Form ID: 185                             Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |
| 520656757 | | CESC-Covid EIDL Service Center, 14925 Kingston Rd, Fort Worth, TX 76155 |
| 520897538 | | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way Virginia Beach VA 23452 |
| 520656772 | + | Yaquelin Perez De Contreras, 420 Singleton Street, South Amboy, NJ 08879-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Jun 16 2026 21:02:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520656753 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2026 21:08:48 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520703156 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2026 21:08:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520669567 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 16 2026 21:02:00 | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520656754 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2026 21:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520656758 | | Email/Text: BKPT@cfna.com | Jun 16 2026 21:01:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520656755 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2026 21:09:05 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520656756 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 16 2026 21:09:11 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520662847 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 16 2026 21:09:08 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520725905 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 16 2026 21:09:08 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520665090 | | Email/Text: mrdiscen@discover.com | Jun 16 2026 21:01:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |

District/off: 0312-3          User: admin          Page 2 of 3

Date Rcvd: Jun 16, 2026          Form ID: 185          Total Noticed: 38

| ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 520656759 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 21:09:14 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520726295 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2026 21:08:49 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520656760 | + | Email/Text: BAN5620@UCBINC.COM | Jun 16 2026 21:02:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520656761 | + | Email/Text: mrdiscen@discover.com | Jun 16 2026 21:01:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520656762 | | Email/Text: bankruptcycourts@equifax.com | Jun 16 2026 21:02:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520656763 | ^ | MEBN | Jun 16 2026 20:57:38 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520656764 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 16 2026 21:02:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 520746303 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2026 21:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520706841 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 16 2026 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520656765 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2026 21:08:44 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 520662059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2026 21:08:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520897539 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 16 2026 21:02:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way Virginia Beach VA 23452, Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way Virginia Beach VA 23452 |
| 520656766 | + | Email/Text: Documentfiling@lciinc.com | Jun 16 2026 21:02:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 520656767 | | Email/Text: ml-ebn@missionlane.com | Jun 16 2026 21:01:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520656768 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2026 21:02:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520746702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 21:08:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520656769 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2026 21:09:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520656770 | ^ | MEBN | Jun 16 2026 20:57:23 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520749153 | + | Email/Text: bankruptcynotices@sba.gov | Jun 16 2026 21:02:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520755142 | ^ | MEBN | Jun 16 2026 20:58:08 | UNITED WHOLESALE MORTGAGE, LLC., C/O Cenlar FSB, Attn BK Dept, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 520656771 | + | Email/Text: bankruptcynotices@sba.gov | Jun 16 2026 21:02:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |

TOTAL: 34

District/off: 0312-3                         User: admin                                 Page 3 of 3
Date Rcvd: Jun 16, 2026                      Form ID: 185                            Total Noticed: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520707646 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Marc C Capone | on behalf of Debtor Mario Contreras ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Maria Cozzini | on behalf of Creditor Lakeview Loan Servicing  LLC mcozzini@sternlav.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6