UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone:(732) 528-1166
Email: bk@gillmancapone.com
Attorney for the Debtor

By: Marc C. Capone, Esq.

| In Re: | Case No.: | 25-15260 |
| --- | --- | --- |
| | Judge: | Christine M. Garvelle |
| Mario Contreras | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☒ Motion for Relief from the Automatic Stay filed by ___Lakeview Loan Servicing___ , creditor,

A hearing has been scheduled for _____August 5, 2026_____, at __9:00am__.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

In recent months my income has been drastically reduced which made it difficult to make the monthly mortgage payments to Lakeview Loan Servicing. I will be able to make a payment of $5,700.81 by July 25, 2026. I will be able to make the July mortgage payment by July 31, 2026 and will resume making regular monthly payments to Lakeview Loan Servicing starting August 2026.

☐ Other (**explain your answer**):

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: _7/13/26_____               _/s/ Mario Contreras_____
                                             Debtor′s Signature

Date: _____               _____
                                             Debtor′s Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee′s Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*