UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern Lavinthal & Frankenberg LLC
103 Eisenhower Parkway - Suite 100
Roseland, NJ 07068
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
Lakeview Loan Servicing, LLC
By: Maria Cozzini, Esq.

In Re:

Mario Contreras, Debtor

Case No.: 25-15260-CMG

Chapter: 13

Hearing Date: 09/16/2026

Judge: 'hristine Gravelle,USE

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Motion for Relief (Docket No. 40)

Date: September 15, 2026

/s/ Maria R. Cozzini, Esq..
Signature