Order Filed on October 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STERN, LAVINTHAL & FRANKENBERG, LLC
103 Eisenhower Parkway, Suite 100
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Email: mcozzini@sternlav.com
Attorney for Secured Creditor,
Lakeview Loan Servicing, LLC
By Maria Cozzini, Esq.

| | |
|---|---|
| In Re:<br><br>Mario Contreras<br><br>Debtor(s). | Case No.: 25-15260-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

**ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF FROM STAY WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: October 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Applicant: Lakeview Loan Servicing, LLC
Applicant's Counsel: Stern Lavinthal & Frankenberg, LLC
Debtor's Counsel: Marc C Capone, Esq.
Property Involved ("Collateral"): 420 Singleton Street, South Amboy, NJ 08879

Relief sought:

✓ Motion for relief from the automatic stay
Motion to dismiss
Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   Total Arrearages Due $0.00

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on October 1, 2026, regular monthly mortgage payments in the amount $2,896.81 shall continue.

3. Payments to the Secured Creditor shall be made to the following address(es):

✓ Regular monthly payment: Lakeview Loan Servicing, LLC
P.O. Box 8068
Virginia Beach, VA 23450

4. In the event of Default:

✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

5. Award of Attorneys' Fees:

✓ The Applicant is awarded fees in the amount of $350.00 and costs in the amount of $199.00

The fees and costs are payable:

✓ through the Chapter 13 plan.

☐ to the Secured Creditor within __________ days.

☐ Attorneys' fees are not awarded.